UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 23-11541-GAO

UNITED STATES OF AMERICA, ex rel., COMMONWEALTH OF MASSACHUSETTS, ex rel., DENISSE ROSARIO as Relator,
Plaintiff,

v.

MEETCAREGIVERS, INC., WANDA CARMONA, OFFICE MANAGER, FLORENCE FURAHA, CEO, CIC HEALTH SERVICES LLC, CIC HEALTH TESTING SERVICES LLC, TIM ROWE, CEO,
Defendants.

ORDER ADOPTING REPORT AND RECOMMENDATION
September 22, 2026

O'TOOLE, D.J.

The magistrate judge to whom this matter was referred has recommended that the defendants' Motions to Dismiss (dkt. nos. 56 & 75) be granted. No timely objections have been received. After carefully reviewing the pleadings, the parties' submissions, the transcript of the motion hearing before the magistrate judge, and the meticulous Report and Recommendation (dkt. no. 96), I agree with the magistrate judge's careful analyses and conclusions.

Accordingly, I ADOPT the magistrate judge's recommendation and GRANT the pending motions to dismiss. The Amended Complaint is hereby DISMISSED with prejudice.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge